**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-1786**

———————

WILLIAM C. BURNHAM,

Plaintiff - Appellant,

versus

CHARLESTON COUNTY SHERIFF'S DEPARTMENT; AL
CANNON; ROBERT TAGUE; Lieutenant; JAMES HILL;
BONNIE S. KOONTZ, Magistrate,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(CA-97-599-2-18AJ)

———————

Submitted:  September 25, 1997      Decided:  October 8, 1997

———————

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

William C. Burnham, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Burnham v. Charleston Co. Sheriff's Dep't</u>, No. CA-97-599-2-18AJ (D.S.C. May 1, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>